■ In the Matter of the Claim of NIGEL MCCLEAN, Appellant. COMMISSIONER OF LABOR, Respondent. [988 NYS2d 85]—Appeal from a decision of the Unemployment Insurance Appeal Board,

---

filed October 31, 2012, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Lahtinen, J.P., Stein, McCarthy, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.